BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KIM HIOE

*E-FILED - 1/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                         Plaintiff,         )<br>                                                            )<br> vs.                                                     )<br>                                                            )<br>KIM HIOE,                                          )<br>                                                            )<br>                         Defendant.    )<br>_____) | No. CR-04-20071-RMW<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; []  ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status conference date in the above-captioned matter, presently scheduled for Monday, February 2, 2009 at 9:00 a.m., be continued to Monday, February 9, 2009 at 9:00 a.m.

This continuance is requested due to the unavailability of counsel for Defendant.

The parties further agree and stipulate that time should be excluded from and including February 2, 2009 through and including February 9, 2009, to provide counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

///

///

**STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
No. CR-04-20071-RMW**                                                    1

exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: January 30, 2009

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated:  January 30, 2009

_____ /s/_____
JOE FAZIOLI
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date presently set for Monday, February 2, 2009 will be continued to Monday, February 9, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that time should be excluded from and including February 2, 2009 through and including February 9, 2009, to provide counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 1/30/09

_____
HONORABLE RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
No. CR-04-20071-RMW                    2